IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VIRGINIA GORNALL,

       Appellant,

v.

JERRY WILSON AND
ASSOCIATES, INC. AND
JERRY WILSON,

       Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1139

_____/

Opinion filed March 19, 2015.

An appeal from the Circuit Court for Santa Rosa County.
Michael G. Allen, Judge.

Daniel Stewart, Pace, for Appellant.

Brian H. Kirkland of Kirkland & McGhee, P.A, Pensacola, for Appellees.


PER CURIAM.

      AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.